MARION E. GRIMLEY, PLAINTIFF-PETITIONER, v. VILLAGE OF RIDGEWOOD, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 45 *N. J. Super.* 574.

*Mr. Roy J. Grimley* for the petitioner.

*Messrs. Harrison & Brown* and *Messrs. Merrey & Merrey* for the respondents.

October 14, 1957. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN RUCKER, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 162.

*Messrs. Leyden & Monaghan* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

October 14, 1957. Denied.